DANIEL S. IMBER, State Bar No. 185425
dimber@bftlegal.com
RANDE S. SOTOMAYOR, State Bar No. 113618
rsotomayor@bftlegal.com
**BANNAN, FRANK & TERZIAN LLP**
555 S. Flower Street, Suite 2700
Los Angeles, California 90071
Telephone (213) 362-1177

Attorneys for Defendant
Colonial Life & Accident Insurance Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVAN BRIAN KASS,<br><br>           Plaintiff,<br><br>     vs.<br><br>COLONIAL LIFE & ACCIDENT INSURANCE, a South Carolina Corporation; HADLEY WIELER; and DOES 1 through 100, inclusive,<br><br>           Defendants. | Case No. 2:07-cv-01983-GEB-KJM<br><br>STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER |

Pursuant to Local Rule 6-144(a), defendant Colonial Life & Accident Insurance Company ("Colonial Life") and plaintiff Evan Brian Kass, through their respective counsel of record, hereby stipulate that the time within which Colonial Life may respond to plaintiff's Complaint shall be extended by four days, so that such responsive pleading is now due no later than January 31, 2007.  The Court served its ruling on Colonial Life's Rule

12(b)(6) motion on January 17, 2008.  Additionally, at the outset of this matter and before the filing of Colonial Life's motion, the parties previously stipulated to a 30 day extension of time for Colonial Life to respond to the Complaint.

DATED: January _, 2008    DANIEL S. IMBER
                          BANNAN, FRANK & TERZIAN LLP


By_____
Daniel S. Imber
Attorneys for Defendant
Colonial Life & Accident Insurance Company

DATED: January _, 2008    THOMAS J. NEWTON
                          TRENTON M. DIEHL
                          MULLEN, SULLIVAN & NEWTON, LLP


By_____
Thomas J. Newton
Trenton M. Diehl
Attorneys for Plaintiff Evan Brian Kass

## **ORDER**

The time for defendant Colonial Life to respond to the Complaint in this action is extended to January 31, 2008.

**IT IS SO ORDERED.**

Dated:  January 23, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge