DANIEL S. IMBER, State Bar No. 185425
dimber@bwslaw.com
RANDE S. SOTOMAYOR, State Bar No. 113618
rsotomayor@bwslaw.com
**BURKE, WILLIAMS & SORENSEN, LLP**
444 S. Flower Street, Suite 2400
Los Angeles, California 90071
Telephone (213) 236-0600

Attorneys for Defendant
Colonial Life & Accident Insurance Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVAN BRIAN KASS, <br><br> Plaintiff, <br><br> vs. <br><br> COLONIAL LIFE & ACCIDENT INSURANCE, a South Carolina Corporation; HADLEY WIELER; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. 2:07-cv-01983-GEB-KJM <br><br> STIPULATED PROTECTIVE ORDER |

**IT IS HEREBY STIPULATED** and agreed by the parties to the above-captioned action, by and through their respective counsel, that the Court may enter a protective order as follows:

1) This Protective Order applies to and governs the use of all or any portion of Colonial Life & Accident Insurance Company's ("Colonial") Group LTD Policy/Procedures manual produced to plaintiff in response to his first request

1

for production of documents to Colonial. As used herein, the term "Confidential Information" shall mean and include the group long term disability policy procedures and any and all portions thereof and all documents of whatever kind containing information contained in or obtained from the Group LTD Policy/Procedures Manual.

2) All Confidential Information produced or exchanged in the course of this case shall be used by the party or parties to whom the information is produced solely for the purpose of this case.

3) Except with the prior written consent of Colonial, or upon prior order of this Court obtained upon notice to opposing counsel, Confidential Information shall not be disclosed to any person other than the following "Qualified Person(s)":

(a) counsel for the respective parties to this litigation, including in-house counsel and co-counsel retained for this litigation;

(b) employees of such counsel deemed necessary by counsel for the prosecution or defense of this litigation;

(c) plaintiffs, defendants, and any officer or employee of defendants, to the extent deemed necessary by counsel for the prosecution or defense of this litigation;

(d) consultants or expert witnesses retained for the prosecution or defense of this litigation, provided that each such person shall execute a copy of the Certification attached to this Order before being shown or given any Confidential Information. Copies of all Certifications shall be retained by counsel for the party so disclosing the Confidential Information and made available for inspection by opposing counsel during the pendency or after the termination of the action;

(e) the Court, the jury, Court personnel, and court reporters; and,

(f) witnesses (other than those described in paragraph 3(c) and (d)) who sign the Certification before being shown Confidential Information.

2
STIPULATED PROTECTIVE ORDER
LA #4845-5446-8611 v1

Confidential Information may be disclosed to a witness who has not signed the Certification only in a deposition at which Colonial's counsel has been given notice that Confidential Information may be used, or to a witness who is employed by Colonial. At the request of any party, the portion of the deposition transcript involving the Confidential Information shall be designated confidential pursuant to paragraph 1 above. Witnesses shown Confidential Information shall not be allowed to retain copies.

4) Any persons receiving Confidential Information shall not reveal or discuss such information with any person who is not entitled to receive such information.

5) If any information and/or documents which are the subject of this Order are presented by the recipient(s) of the Confidential Information to this or any other court, or in any other manner, prior to the time of trial, said information, materials and/or documents shall be lodged under seal in an envelope clearly marked as follows:

**"LODGED UNDER SEAL PURSUANT TO LAW"**

6) All provisions of this Order restricting the communication or use of Confidential Information shall continue to be binding after the conclusion of this action, unless otherwise agreed by the parties or ordered by the Court. Upon conclusion of the litigation, all parties and all parties' witnesses in the possession of Confidential Information, other than that which is contained in pleadings and deposition transcripts, shall return such documents no later than thirty (30) days after conclusion of this action to counsel for Colonial.

7) If any party seeks to utilize, rely upon, or introduce the Confidential Information at trial, the parties agree to jointly seek an order from the Court sealing that portion of the proceedings from any person or entity who is not a party, expert consultant, expert witness, counsel, judicial officer or trier of fact.

LA #4845-5446-8611 v1

8) Nothing in this Stipulation and Protective Order shall be deemed to waive any applicable privilege, including the trade secret privilege, or work product protection, or to affect the ability of a party to seek relief for an inadvertent disclosure of material protected by privilege or work product protection.

9) Any witness or other person, firm or entity from which discovery is sought may be informed of and may obtain the protection of this Order by written advice to the parties' respective counsel or by oral advice at the time of any deposition or similar proceeding.

IT IS SO STIPULATED.

DATED: February __, 2009   DANIEL S. IMBER
RANDE S. SOTOMAYOR
BURKE WILLIAMS & SORENSEN LLP


By_____
DANIEL S. IMBER
Attorneys for Defendant
Colonial Life & Accident Insurance Company


DATED: February __, 2009   TRENTON M. DIEHL
MULLEN, SULLIVAN & NEWTON


By_____
TRENTON M. DIEHL
Attorneys for Plaintiff
Evan Kass

# **O R D E R**

Notwithstanding the foregoing, to the extent there is any conflict with the terms stipulated to by the parties and the provisions of this court's Local Rules, the Local Rules shall control.  <u>See</u> Local Rules 39-140, 39-141.

IT IS SO ORDERED.

DATED: March 12, 2009.

_____
U.S. MAGISTRATE JUDGE