IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVAN BRIAN KASS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COLONIAL LIFE & ACCIDENT INSURANCE ) <br> COMPANY, a South Carolina ) <br> Corporation; HADLEY WIELER, ) <br> ) <br> Defendants. ) <br> _____ ) | 2:07-cv-01983-GEB-KJM <br><br> <u>FED. R. CIV. P. 4(m)</u> <br> <u>NOTICE</u> |

        The parties' state in the Point Status Report filed on January 7, 2008, that "Defendant Hadley Weiler is unserved and may be dismissed." However, this Defendant has not been dismissed. This action was removed on September 21, 2007, and the docket does not indicate that Defendant Hadley Weiler has been served.

        Therefore, Plaintiff is **notified under Rule 4(m)** of the Federal Rules of Civil Procedure **that Defendant Hadley Weiler will be dismissed from this action unless Plaintiff files either proof that Defendant Hadley Weiler has been served with process or a**

1

document showing good cause for Plaintiff's failure to service this Defendant within the 120-day period prescribed in Rule 4(m) no later than noon on May 11, 2009.

Dated: May 6, 2009

GARLAND E. BURRELL, JR.
United States District Judge