UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EVAN BRIAN KASS,
)
) 2:07cv-01983-GEB-KJM
            Plaintiff )
) ORDER OF DISMISSAL
     v. )
)
COLONIAL LIFE & ACCIDENT INSURANCE )
COMPANY, a South Carolina )
Corporation; HADLEY WIELER, )
)
            Defendants. )

Plaintiff was required to respond to an Order filed May 7, 2009, ("May 7 Order") by either filing proof that Defendant Hadley Wieler was served with process or a document showing good cause for Plaintiff's failure to serve this Defendant within the 120-day period prescribed in the Federal Rule of Civil Procedure 4(m). This filing was due no later than noon on May 11, 2009. Plaintiff failed to file the required document by this deadline. Plaintiff was warned in the May 7 Order that failure to make the required showing by the deadline would result in Defendant Hadley Wieler being dismissed from this action. Since there has been no

response, Defendant Hadley Wieler is dismissed from this action without prejudice.

IT IS SO ORDERED.

Dated: May 12, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge